SEP 17 2026 08:09 FILED - USDC - NDTX - LU

**In The United States District Court**

**for the Northern District of Texas**

**Lubbock Division**

| | | |
|---|---|---|
| Steven Edward Johnson #03618759<br>Jacob Wauthier #04893619<br>Ernest Matthews #06678887<br>Texas Civil Commitment Center<br>2600 South Sunset Ave.<br>Litttlefield, Texas 79339,<br>Plaintiffs, | § | **5:26-CV-219-H**<br>5-26CV-212-H<br>Complaint |
| VS. | § | Civil Action No.______________ |
| Management and Training Corporation<br>John David Bowers; Facility Administrator<br>David Robles; Assistant Facility Administrator<br>Mickey Flores; Client Data Coordinator<br>David Velez; Food Service Supervisor<br>Individually and in their Official Capacities,<br>Defendants. | § | Jury Trial Demanded |

## I. Complaint

1. Plaintiffs, **Steven Edward Johnson SID# 03618759**, **Jacob Wauthier, SID# 04893619**, and **Ernest Matthews SID# 06678887,** Pro Se, for their complaint against defendants **Management Training Corporation; John Bowers, Facility Administrator; David Robles, Assistant Facility Administrator; Mickey Flores;** and **David Velez, Food Service Supervisor** state as follows:

2. On 10 June 2026, Plaintiff, **Steven Edward Johnson** was approached by another Resident that was a worker in the Food Service department and questioned concerning a Client Communication sent to staff requesting to be placed on a Kosher Diet.

3. Plaintiff was, at that time, informed by said Resident that he would have to "change his religion" to get placed on the requested Kosher Diet.

4. Since that date, Plaintiff **Jacob Wauthier, SID#04893619** submitted a Client Communication to be placed on an Islamically Lawful Diet, on or about 12 June 2026, to which he was informed by

Defendant **Flores** on 31 July 2026, that he would not be provided with the requested **Halal Diet**.

5. Plaintiff **Ernest Matthews, SID# 06678887**, submitted a Client Communication to be placed on an Islamically Lawful Diet, on or about 17 June 2026, to which he was informed by Defendant **Flores** on 31 July 2026, that he would not be provided with the requested **Halal Diet**.

6. Plaintiffs, **Johnson, Wauthier, and Matthews** are Muslims and feel that they are within their **First Amendment Rights** to request this Halal Religious diet.

7. Defendants,**Management Training Corporation; John Bowers; David Robles; Mickey Flores;** and **David Velez's** denial of this diet request is in violation of the Plaintiffs **Fourteenth Amendment Rights** as the **Texas Civil Commitment Center** offers a Kosher Diet to the Jewish population and yet refuses to provide the same considerations to the Muslim population out of discrimination.

## II. Jurisdiction and Venue

8. This Court has jurisdiction because the action arises under and is being brought pursuant to 42 U.S.C. section 1983 to remedy the deprivation, under color of state law, of rights granted and guaranteed by the First Amendment, the Fourteenth Amendment of the United States Constitution and the Religious Land Use and Institutionalized Persons Act (RLUIPA) of 2000 (42 USC § 2000cc.

9. Venue properly lies within this District pursuant to 28 U.S.C. § 1391(b)(2), because the events giving rise to this cause of action occurred at the **Texas Civil Commitment Center** located at **Littlefield, Lamb County, Texas**, which is located within the Northern District of Texas, Lubbock Division.

## III. Parties

10. Plaintiff, **Steven Edward Johnson, SID# 03618759**, was and is confined at the **Texas Civil Commitment Center,** a State ran Sex Offender Treatment Facility, located at 2600 South Sunset Avenue, Littlefield, Texas 79339, in Lamb County from **14 March 2025** until present. Plaintiff's current address is listed above as the same.

11. Plaintiff, **Steven Edward Johnson**, is, and was at all times mentioned herein, an adult citizen of the United States and a resident of the state of Texas.

12. Plaintiff, **Jacob Wauthier, SID# 04893619**, was and is confined at the **Texas Civil Commitment Center,** a State ran Sex Offender Treatment Facility, located at 2600 South Sunset Avenue, Littlefield, Texas 79339, in Lamb County from **20 February 2026** until present. Plaintiff's current address is listed above as the same.

13. Plaintiff, **Jacob Wauthier**, is, and was at all times mentioned herein, an adult citizen of the United States and a resident of the state of Texas.

14. Plaintiff, **Ernest Matthews, SID# 06678887**, was and is confined at the **Texas Civil Commitment Center,** a State ran Sex Offender Treatment Facility, located at 2600 South Sunset Avenue, Littlefield, Texas 79339, in Lamb County from **14 March 2025** until present. Plaintiff's current address is listed above as the same.

15. Plaintiff, **Ernest Matthews**, is, and was at all times mentioned herein, an adult citizen of the United States and a resident of the state of Texas.

16. Defendant, **Management and Training Corporation** was at all relevant times herein the contract holders and supervising management of the **Texas Civil Commitment Center** at **Littlefield, Texas** and responsible for insuring that policies were to be followed by its employees whose Corporate address is: Management and Training Corporation, 500 N. marketplace Drive, P.O. Box 10, Centerville, Utah 84014.

17. Defendant, **John David Bowers** was at all relevant times herein the **Facility Administrator** of the **Texas Civil Commitment Center** at **Littlefield, Texas** and responsible for insuring that policies were to be followed by its employees and can be reached at: Texas Civil Commitment Center, 2600 South Sunset Ave., Littlefield, Texas 79339.

18. Defendant, **David Robles** was at all relevant times herein the **Assistant Facility Administrator** of the **Texas Civil Commitment Center** at **Littlefield, Texas** and responsible for insuring that policies were to be followed by its employees and can be reached at: Texas Civil Commitment Center, 2600 South Sunset Ave., Littlefield, Texas 79339.

19. Defendant, **Mickey Flores** was at all relevant times herein the **Client Data Coordinator** for the **Texas Civil Commitment Center** at **Littlefield, Texas** and was responsible for the Approval or Disapproval for Religious Diets and can be reached at: Texas Civil Commitment Center, 2600 South Sunset Ave., Littlefield, Texas 79339.

20. Defendant, **David Velez** was at all relevant times herein the **Food Service Supervisor** of the **Texas Civil Commitment Center** at **Littlefield,**

**Texas** and responsible for the approval or disapproval of my request for a Lawful Religious Diet and can be reached at: Texas Civil Commitment Center, 2600 South Sunset Ave., Littlefield, Texas 79339.

## IV. Previous Lawsuits by Plaintiffs

21. Plaintiff, **Steven Edward Johnson**, has filed no other lawsuits dealing with the same facts involved in this action or otherwise relating to his commitment at the T**exas Civil Commitment Center**.

22. Plaintiff, **Jacob Wauthier**, has filed no other lawsuits dealing with the same facts involved in this action or otherwise relating to his commitment at the **Texas Civil Commitment Center**.

23. Plaintiff, **Ernest Matthews**, has filed no other lawsuits dealing with the same facts involved in this action or otherwise relating to his commitment at the **Texas Civil Commitment Center**.

## V. Statement of Claim

24. At all relevant times herein, defendants were "persons" for the purposes of 42 U.S.C. Section 1983 and acted under color of state law to deprive plaintiffs of their constitutional rights, as set forth more fully below.

25. Defendants refusal of Plaintiffs requests for Halal Diets violates the Plaintiffs' **First Amendment Rights** by denying them the opportunity to freely practice their religious beliefs.

26. Defendants refusal of a Halal Diet to the Plaintiffs' when a Kosher Diet is offered to the Jewish Resident population is a violation of the Plaintiffs' **Fourteenth Amendment Rights** due to discrimination of the Muslim Resident Population.

27. Defendants refusal of Plaintiffs' requests for a Halal Diet has violated the Religious Land Use & Institutionalized Persons Act.

28. Defendants' refusal to provide the plaintiffs' requested Halal Diet, which is Islamically mandated within the Qur'an, Sunnah, and the Shari'ah Law, violates the Texas Civil Commitment Office's contract agreed to by Defendant **Management & Training Corporation** at Page 37.

29. Defendants' refusal to provide the plaintiffs'

requested Halal Diet, which is Islamically mandated within the Qur'an; specifically at **Surah Al-Ma'idah [5]:3**; which states: **"You are forbidden [Harrimatu] to** ***eat the meat of any animal that dies by itself (dead body),*** **blood, the flesh of swine (*pig meat*) and that on which any name other than Allah's has been invoked; also that which is strangled to death, killed by a violent blow, killed by a headlong fall and of those beaten or gored to death; and that which has been partly eaten by a wild animal unless you are able to slaughter [Dhubiha]** ***before its death*****; and that which is sacrificed on alters; ... Anyone who is compelled by hunger to eat** ***what is forbidden*****, not intending to commit sin, will find Allah Forgiving, Merciful."** [See Attachment ].

30. Defendants' refusal to provide the plaintiffs' requested Halal Diet, which is Islamically mandated within the Qur'an; specifically at **Surah Al-Baqarah [2]:173**; which states: **"He has forbidden [Harrama] you to eat dead meat, blood, the flesh of swine, and that on which any name other than Allah has been invoked; but if someone is compelled by absolute necessity, intending neither to sin nor to transgress, they shall incur no sin. Surely, Allah is Forgiving, Merciful."** [See Attachment ].

31. Defendants' refusal to provide the plaintiffs' requested Halal Diet, which is Islamically mandated within the Qur'an; specifically at **Surah an-Nahl [16]:115-116**; which states: **"He has only forbidden [Harrama] you to eat carrion [Al-Maytata] (*meat of a dead body*), blood, flesh of swine (*pig meat*) and that which any name other than Allah's has been invoked. But if one is forced by necessity, intending neither to break the Divine Law nor to transgress limits, then surely, Allah is Forgiving, Merciful. You shall not falsely declare with your tongues: 'This is lawful, and that is forbidden,' in order to ascribe false things to Allah, for those who forge lies against Allah will never prosper."** [See Attachment].

32. Defendants' refusal to provide the plaintiffs' requested Halal Diet, which is Islamically mandated within the Qur'an; specifically at **Surah al-Ahzab [33]:36**; which states: **"It is not fitting for a believing man or a believing woman to have an option in their affairs when a matter has been decided by Allah and His Rasool [Messenger]; and whoever disobeys Allah and His Rasool [Messenger] has indeed strayed into a clearly wrong path."** [See Attachment].

33. Defendants' refusal to provide the plaintiffs' requested Halal Diet, which is Islamically mandated within the Shari'ah Law by rulings that are based on the Qur'an and the Sunnah of Prophet Muhammad and, in the immediate case, shown within the

Book on Islamic Sacred law, **"Reliance of the Traveller" at Book J @ Section 17.1-17.7** [See Attachment ].

## VI. Statement of Facts

34. Late in the month of May or early June, Plaintiff Johnson submitted a **Texas Civil Commitment Center** Client Communication Form requesting to be placed on the **Kosher Diet** as a religious dietary choice.

35. On 10 June 2026, Plaintiff Johnson was questioned by another client as to why he requested the **Kosher Diet**. Plaintiff Johnson told the client that he was Muslim and wanted to be placed on a **Religiously Lawful Diet** as required by his religion within the Qur'an and Shari'ah Law. Plaintiff was then informed by the same client that he would not be allowed to participate in the **Kosher Diet** unless he changed his religion.

36. Later, at approximately 09:01, Plaintiff Johnson approached the Food Service Department to speak with Defendant Velez concerning the Plaintiff's request for the **Kosher Diet** and as to why the Defendant sent another client to question him. However, defendant Velez refused to speak with Plaintiff Johnson.

37. On or about 31 July 2026, Plaintiff Johnson spoke with Defendant Flores concerning his request for a **Halal Diet** and was informed by Defendant Flores that "they were not going to approve the Halal Diet." Plaintiff Johnson assumes that her meaning of this is Defendants **Management & Training Corporation, Bowers, and Robles**.

38. As of the filing date, Plaintiffs have been refused their requests for an **Islamically Lawful** meal, known as a **Halal Meal**.

39. Defendants refusal to provide Plaintiffs with their religiously required meals is a continuous burden on their sincerely held beliefs as to consume any meats that are not "Dhabiha" is to consume dead flesh, a direct violation of the Qur'anic commands as set down by Allah through His Prophet, Muhammad [See Attachments: A; B; C; and E]. And, due to this being a command given to us by Allah through His Messenger, Muhammad, causes plaintiffs' violation of the Qur'anic command given in Attachment "D".

40. On or about 31 July 2026, Plaintiffs were notified by Defendant **Flores** that the requested **Islamically Halal Diets** would not be provided by the facility.

## VII. Prayer for Relief

40. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant an order declaring that the Defendants have acted in violation of the **United States Constitution**, specifically, the **First and Fourteenth Amendments** and grant the following as relief for the deprivations of the **Free Exercise** of their sincerely held **Religious Beliefs** and the discrimination of their sincerely held **Religious Beliefs**.

41. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant an Injunction compelling the Defendants to stop the deprivations of the Plaintiffs' sincerely held **Religious Beliefs** and to provide the Plaintiffs' with a prepackaged **Halal** based meal that conforms to **Islamic Law**.

42. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant an Injunction compelling the Defendants to take steps to insure that the prepackaged **Halal** based meals are handled in a way that prevents the possibility of cross-contamination by **Non-Halal** foods.

43. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant an Injunction compelling the Defendants to pay all court costs and fees pertaining to the Law Suit.

44. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant $1,000.00 per day, since 31 July 2026, in **Compensatory Damages** for being forced by Defendants to consume **Non-Halal** meals in direct violation of the **United States Constitution** and their **sincerely held Religious Beliefs**.

45. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant $1,000.00 per day, since 31 July 2026, in **Punitive Damages** for being forced by Defendants to consume **Non-Halal** meals in direct violation of the **United States Constitution** and their **sincerely held Religious Beliefs**.

46. Plaintiffs, **Johnson, Wauthier, and Matthews** respectfully request that this honorable court grant $1,000.00 per day, since 31 July 2026, in **Damages for Pain and Suffering** for being forced by Defendants to consume **Non-Halal** meals in direct violation of the **United States Constitution** and their **sincerely held Religious Beliefs**.

Signed this 10th day of September, 2026.

Steven Edward Johnson #03618759
2600 South Sunset Avenue
Littlefield, Texas 79339

Jacob Wauthier #04893619
2600 South Sunset Avenue
Littlefield, Texas 79339

Ernest Matthews #06678887
2600 South Sunset Avenue
Littlefield, Texas 79339

## VIII. Unsworn Declaration

47. I, Plaintiff, **Steven Edward Johnson**, do hereby swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on this 10 day of September, 2026

Steven Edward Johnson #03618759
2600 South Sunset Avenue
Littlefield, Texas 79339

48. I, Plaintiff, **Jacob Wauthier**, do hereby swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on this 11 day of Setp., 2026

Jacob Wauthier #04893619
2600 South Sunset Avenue
Littlefield, Texas 79339

49. I, Plaintiff, **Ernest Matthews**, do hereby swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on this 19 day of September, 2026

Ernest Matthews #06678887
2600 South Sunset Avenue
Littlefield, Texas 79339

# ATTACHMENT "A"

AL-QUR'AN
as Translated By: Muhammad Farooq i Ayam Malik
Copyright © 1997

## SURAH AL-MA'IDAH [5]
## AYAH 3

# AL-QURAN

[AL-MA'IDAH [5]:3]

English Translation of
the Meaning of

# AL-QUR'AN

The Guidance for Mankind

O Rabb! Open for me my heart

By

*Muhammad Farooq-i-Azam Malik*

© Copyright 1997

The Institute of Islamic Knowledge
Houston, Texas, U.S.A.

# AL-QURAN

[AL-MA'IDAH [5]:3]



## 5: AL-MÂ'IDAH

This Sûrah, revealed at Madinah, has 16 sections and 120 verses.

*In the name of Allah, the Compassionate, the Merciful.*

بِسْمِ اللّٰهِ الرَّحْمٰنِ الرَّحِيْمِ

*SECTION: 1*

O believers! Fulfil your obligations. All four-legged animals from livestock are lawful to you other than those which are hereby announced. However do not violate the prohibition of hunting while you are in Ihrâm (*Hajj dress*). Surely, Allah orders whatever He pleases.[1] O believers! Do not violate the sanctity of the Symbols of Allah: the Sacred Month, the animals brought for sacrifice, the garlands that mark such animals, and people visiting the Sacred House (*Ka'bah*) to seek the grace and good pleasure of their Rabb. When you put off your Ihrâm (*pilgrim garments*) then you are allowed to hunt. Let not the hatred of some people - who once hindered you from Al-Masjid-al-Harâm - incite you to commit transgression. Cooperate with one another in righteousness and piety, and do not cooperate in sin and transgression. Have fear of Allah. Allah is stern in punishment.[2] 5:[1-2]

يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوٓا۟ أَوْفُوا۟ بِٱلْعُقُودِ ۚ أُحِلَّتْ لَكُم
بَهِيمَةُ ٱلْأَنْعَٰمِ إِلَّا مَا يُتْلَىٰ عَلَيْكُمْ غَيْرَ مُحِلِّى
ٱلصَّيْدِ وَأَنتُمْ حُرُمٌ ۗ إِنَّ ٱللَّهَ يَحْكُمُ مَا يُرِيدُ ۝
يَٰٓأَيُّهَا ٱلَّذِينَ ءَامَنُوا۟ لَا تُحِلُّوا۟ شَعَٰٓئِرَ ٱللَّهِ وَلَا
ٱلشَّهْرَ ٱلْحَرَامَ وَلَا ٱلْهَدْىَ وَلَا ٱلْقَلَٰٓئِدَ وَلَآ
ءَآمِّينَ ٱلْبَيْتَ ٱلْحَرَامَ يَبْتَغُونَ فَضْلًا مِّن رَّبِّهِمْ وَ
رِضْوَٰنًا ۚ وَإِذَا حَلَلْتُمْ فَٱصْطَادُوا۟ ۚ وَلَا يَجْرِمَنَّكُمْ
شَنَـَٔانُ قَوْمٍ أَن صَدُّوكُمْ عَنِ ٱلْمَسْجِدِ ٱلْحَرَامِ
أَن تَعْتَدُوا۟ ۘ وَتَعَاوَنُوا۟ عَلَى ٱلْبِرِّ وَٱلتَّقْوَىٰ ۖ وَلَا
تَعَاوَنُوا۟ عَلَى ٱلْإِثْمِ وَٱلْعُدْوَٰنِ ۚ وَٱتَّقُوا۟ ٱللَّهَ ۖ إِنَّ
ٱللَّهَ شَدِيدُ ٱلْعِقَابِ ۝

You are forbidden to *eat the meat of any animal* that dies by itself (*dead body*), blood, the flesh of swine (*pig meat*) and that on which any name other than Allah's has been invoked; also that which is strangled to death, killed by a violent blow, killed by a headlong fall and of those beaten or gored to death; and that which has been partly eaten by a wild animal unless you are able to slaughter it *before its death*; and that which is sacrificed on altars; and *forbidden also* is to seek luck or decision by raffling of arrows. All these are sinful acts. Today, the unbelievers have given up all their hope of vanquishing your religion. Have no fear of them, fear Me. Today I have perfected your religion for you, completed my favor upon you

حُرِّمَتْ عَلَيْكُمُ ٱلْمَيْتَةُ وَ
ٱلدَّمُ وَلَحْمُ ٱلْخِنزِيرِ وَمَآ أُهِلَّ لِغَيْرِ ٱللَّهِ بِهِۦ وَ
ٱلْمُنْخَنِقَةُ وَٱلْمَوْقُوذَةُ وَٱلْمُتَرَدِّيَةُ وَٱلنَّطِيحَةُ
وَمَآ أَكَلَ ٱلسَّبُعُ إِلَّا مَا ذَكَّيْتُمْ وَمَا ذُبِحَ عَلَى
ٱلنُّصُبِ وَأَن تَسْتَقْسِمُوا۟ بِٱلْأَزْلَٰمِ ۚ ذَٰلِكُمْ فِسْقٌ ۗ
ٱلْيَوْمَ يَئِسَ ٱلَّذِينَ كَفَرُوا۟ مِن دِينِكُمْ فَلَا تَخْشَوْهُمْ
وَٱخْشَوْنِ ۚ ٱلْيَوْمَ أَكْمَلْتُ لَكُمْ دِينَكُمْ وَأَتْمَمْتُ
عَلَيْكُمْ نِعْمَتِى

and approved Al-Islam as a Deen (*way of life for you*). Anyone who is compelled by hunger to eat *what is forbidden*, not intending to commit sin, will find Allah Forgiving, Merciful.[3] 5:[3]

وَرَضِيتُ لَكُمُ الْإِسْلَامَ دِينًا ۚ فَمَنِ
اضْطُرَّ فِي مَخْمَصَةٍ غَيْرَ مُتَجَانِفٍ لِّإِثْمٍ ۙ فَإِنَّ اللَّهَ
غَفُورٌ رَّحِيمٌ ۝

They ask you what food is lawful for them, say: All good and clean things are lawful for you, as well as what you have taught your hunting birds and beasts to catch, trained by you with the knowledge given to you by Allah. Eat what they catch and hold for you, however, pronounce the name of Allah over it. Have fear of Allah. Allah is swift in settling the accounts.[4] Today all good clean things have been made lawful for you; and the food of the People of the Book is also made lawful for you and your food is made lawful for them. *Likewise*, marriage with chaste free believing women and also chaste women among the People who were given the Book before you is made lawful for you, provided that you give them their dowries and desire chastity, neither committing fornication nor taking them as mistresses. Anyone who commits Kufr with Imân (*rejects faith*), all his good deeds will become void (*zero*) and in the hereafter, he will be among the losers.[5]

5:[4-5]

يَسْأَلُونَكَ مَاذَا أُحِلَّ لَهُمْ ۖ قُلْ
أُحِلَّ لَكُمُ الطَّيِّبَاتُ ۙ وَمَا عَلَّمْتُم مِّنَ الْجَوَارِحِ مُكَلِّبِينَ
تُعَلِّمُونَهُنَّ مِمَّا عَلَّمَكُمُ اللَّهُ ۖ فَكُلُوا مِمَّا أَمْسَكْنَ
عَلَيْكُمْ وَاذْكُرُوا اسْمَ اللَّهِ عَلَيْهِ ۖ وَاتَّقُوا اللَّهَ ۚ إِنَّ
اللَّهَ سَرِيعُ الْحِسَابِ ۝ الْيَوْمَ أُحِلَّ لَكُمُ الطَّيِّبَاتُ ۖ
وَطَعَامُ الَّذِينَ أُوتُوا الْكِتَابَ حِلٌّ لَّكُمْ وَطَعَامُكُمْ
حِلٌّ لَّهُمْ ۖ وَالْمُحْصَنَاتُ مِنَ الْمُؤْمِنَاتِ وَالْمُحْصَنَاتُ
مِنَ الَّذِينَ أُوتُوا الْكِتَابَ مِن قَبْلِكُمْ إِذَا آتَيْتُمُوهُنَّ
أُجُورَهُنَّ مُحْصِنِينَ غَيْرَ مُسَافِحِينَ وَلَا مُتَّخِذِي
أَخْدَانٍ ۗ وَمَن يَكْفُرْ بِالْإِيمَانِ فَقَدْ حَبِطَ عَمَلُهُ
وَهُوَ فِي الْآخِرَةِ مِنَ الْخَاسِرِينَ ۝

ع

*SECTION: 2*

O believers! When you rise up for Salah (*prayer*), wash your faces and your hands as far as the elbows, wipe your heads *with wet hands* and *wash* your feet to the ankles. If you had an emission of semen, then take a full bath. However, if you are sick or on a journey or you have used the toilet or you had intercourse with your women (*your wives*) and you do not find any water then resort to Tayammum - find clean soil and rub your faces and hands with it. Allah does not wish to burden you; He only wishes to purify you, and to perfect His favor upon you, so that you may be thankful.[6] 5:[6]

يَا أَيُّهَا الَّذِينَ
آمَنُوا إِذَا قُمْتُمْ إِلَى الصَّلَاةِ فَاغْسِلُوا وُجُوهَكُمْ وَ
أَيْدِيَكُمْ إِلَى الْمَرَافِقِ وَامْسَحُوا بِرُءُوسِكُمْ وَأَرْجُلَكُمْ
إِلَى الْكَعْبَيْنِ ۚ وَإِن كُنتُمْ جُنُبًا فَاطَّهَّرُوا ۚ وَإِن كُنتُم
مَّرْضَىٰ أَوْ عَلَىٰ سَفَرٍ أَوْ جَاءَ أَحَدٌ مِّنكُم مِّنَ الْغَائِطِ
أَوْ لَامَسْتُمُ النِّسَاءَ فَلَمْ تَجِدُوا مَاءً فَتَيَمَّمُوا صَعِيدًا
طَيِّبًا فَامْسَحُوا بِوُجُوهِكُمْ وَأَيْدِيكُم مِّنْهُ ۚ مَا يُرِيدُ
اللَّهُ لِيَجْعَلَ عَلَيْكُم مِّنْ حَرَجٍ وَلَٰكِن يُرِيدُ لِيُطَهِّرَكُمْ
وَلِيُتِمَّ نِعْمَتَهُ عَلَيْكُمْ لَعَلَّكُمْ تَشْكُرُونَ ۝

# ATTACHMENT "B"

AL-QUR'AN
as Translated By: Muhammad Farooq i Ayam Malik
Copyright © 1997

## SURAH AL-BAQARAH [2]
## AYAH 173

English Translation of
the Meaning of

# AL-QUR'AN

The Guidance for Mankind

O Rabb! Open for me my heart

By

*Muhammad Farooq-i-Azam Malik*

© Copyright 1997

The Institute of Islamic Knowledge
Houston, Texas, U.S.A.

English Translation of

# AL-QURAN

AL-BAQARAH [2]:173



*they would come to know* for sure, that all powers belong to Allah and that Allah is stern in retribution.[165] On that Day, those leaders who were being followed, when faced with their punishment, will renounce those who followed them and the bonds which united them will break asunder.[166] The followers will say: "If it could be possible for us to live again, we would renounce them as they have renounced us today." Thus, Allah will show them the fruits of their deeds. They will sigh with regret, and shall not be able to come out of the Hell fire.[167]

2:[165-167]

الْقُوَّةَ لِلّٰهِ جَمِيْعًا
نَّ اللّٰهَ شَدِيْدُ الْعَذَابِ ۝ اِذْ تَبَرَّاَ الَّذِيْنَ اتُّبِعُوْا
الَّذِيْنَ اتَّبَعُوْا وَرَاَوُا الْعَذَابَ وَتَقَطَّعَتْ بِهِمُ
سْبَابُ ۝ وَقَالَ الَّذِيْنَ اتَّبَعُوْا لَوْ اَنَّ لَنَا كَرَّةً
بَرَّاَ مِنْهُمْ كَمَا تَبَرَّءُوْا مِنَّا ۭ كَذٰلِكَ يُرِيْهِمُ اللّٰهُ
الَهُمْ حَسَرٰتٍ عَلَيْهِمْ ۭ وَمَا هُمْ بِخٰرِجِيْنَ مِنَ

*SECTION: 21*

O Mankind! Eat of what is lawful and clean on the earth and do not follow the footsteps of Shaitân, surely, he is your open enemy.[168] He enjoins you to commit evil and indecency, and to say certain things against Allah about which you have no knowledge.[169] 2:[168-169]

ا النَّاسُ كُلُوْا مِمَّا فِي الْاَرْضِ حَلٰلًا
بًا وَّلَا تَتَّبِعُوْا خُطُوٰتِ الشَّيْطٰنِ ۭ اِنَّهٗ لَكُمْ
مُّبِيْنٌ ۝ اِنَّمَا يَاْمُرُكُمْ بِالسُّوْۗءِ وَالْفَحْشَاۗءِ
تَقُوْلُوْا عَلَي اللّٰهِ مَا لَا تَعْلَمُوْنَ ۝

When it is said to them: "Follow what Allah has revealed." They reply: "Nay! We will follow what our forefathers practiced." Well! Even if their forefathers had no sense at all and lacked guidance?[170] The parable of those who reject faith is like cattle which, *call out to them as one may*, hear nothing but a shout and a *cry since they are unable to understand*; they are deaf, dumb, blind, and understand nothing.[171]

2:[170-171]

قِيْلَ
اتَّبِعُوْا مَآ اَنْزَلَ اللّٰهُ قَالُوْا بَلْ نَتَّبِعُ مَآ
عَلَيْهِ اٰبَاۗءَنَا ۭ اَوَلَوْ كَانَ اٰبَاۗؤُھُمْ لَا يَعْقِلُوْنَ
وَّلَا يَهْتَدُوْنَ ۝ وَمَثَلُ الَّذِيْنَ كَفَرُوْا كَمَثَلِ
يَنْعِقُ بِمَا لَا يَسْمَعُ اِلَّا دُعَاۗءً وَّنِدَاۗءً ۭ
بُكْمٌ عُمْيٌ فَهُمْ لَا يَعْقِلُوْنَ ۝

O believers! Eat the clean things which We have provided you and give thanks to Allah, if you worship only Him.[172] He has forbidden you to eat dead meat, blood, the flesh of swine, and that on which any name other than Allah has been invoked; but, if someone is compelled by absolute necessity, intending neither to sin nor to transgress, they shall incur no sin. Surely, Allah is Forgiving, Merciful.[173] 2:[172-173]

الَّذِيْنَ
كُلُوْا مِنْ طَيِّبٰتِ مَا رَزَقْنٰكُمْ وَاشْكُرُوْا
كُنْتُمْ اِيَّاهُ تَعْبُدُوْنَ ۝ اِنَّمَا حَرَّمَ عَلَيْكُمُ
وَالدَّمَ وَلَحْمَ الْخِنْزِيْرِ وَمَآ اُهِلَّ بِهٖ
لِلّٰهِ ۚ فَمَنِ اضْطُرَّ غَيْرَ بَاغٍ وَّلَا عَادٍ فَلَآ
عَلَيْهِ ۭ اِنَّ اللّٰهَ غَفُوْرٌ رَّحِيْمٌ ۝

Surely, those who conceal any part of the

ذِيْنَ يَكْتُمُوْنَ

# ATTACHMENT "C"

AL-QUR'AN
as Translated By: Muhammad Farooq i Ayam Malik
Copyright © 1997

## SURAH AN-NAHL [16]
## AYAT 115 - 116

# AL-QURAN

[AN-NAHL [16]:115-116]

English Translation of
the Meaning of

# AL-QUR'AN

The Guidance for Mankind

O Rabb! Open for me my heart

By
*Muhammad Farooq-i-Azam Malik*

© Copyright 1997

The Institute of Islamic Knowledge
Houston, Texas, U.S.A.

# AL-QURAN

[AN-NAHL [16]:115-116]



اللهُ مَثَلًا قَرْيَةً كَانَتْ اٰمِنَةً مُّطْمَىِٕنَّةً يَّاْتِيْهَا
رِزْقُهَا رَغَدًا مِّنْ كُلِّ مَكَانٍ فَكَفَرَتْ بِاَنْعُمِ
اللهِ فَاَذَاقَهَا اللهُ لِبَاسَ الْجُوْعِ وَالْخَوْفِ بِمَا
كَانُوْا يَصْنَعُوْنَ ۝ وَلَقَدْ جَاۤءَهُمْ رَسُوْلٌ مِّنْهُمْ
فَكَذَّبُوْهُ فَاَخَذَهُمُ الْعَذَابُ وَهُمْ ظٰلِمُوْنَ ۝
فَكُلُوْا مِمَّا رَزَقَكُمُ اللهُ حَلٰلًا طَيِّبًا وَّاشْكُرُوْا
نِعْمَتَ اللهِ اِنْ كُنْتُمْ اِيَّاهُ تَعْبُدُوْنَ ۝ اِنَّمَا
حَرَّمَ عَلَيْكُمُ الْمَيْتَةَ وَالدَّمَ وَلَحْمَ الْخِنْزِيْرِ
وَمَاۤ اُهِلَّ لِغَيْرِ اللهِ بِهٖ فَمَنِ اضْطُرَّ غَيْرَ بَاغٍ
وَّلَا عَادٍ فَاِنَّ اللهَ غَفُوْرٌ رَّحِيْمٌ ۝ وَلَا تَقُوْلُوْا
لِمَا تَصِفُ اَلْسِنَتُكُمُ الْكَذِبَ هٰذَا حَلٰلٌ وَّ
هٰذَا حَرَامٌ لِّتَفْتَرُوْا عَلَى اللهِ الْكَذِبَ
اِنَّ الَّذِيْنَ يَفْتَرُوْنَ عَلَى اللهِ الْكَذِبَ لَا
يُفْلِحُوْنَ ۝ مَتَاعٌ قَلِيْلٌ وَّلَهُمْ عَذَابٌ
اَلِيْمٌ ۝ وَعَلَى الَّذِيْنَ هَادُوْا حَرَّمْنَا مَا
قَصَصْنَا عَلَيْكَ مِنْ قَبْلُ وَمَا ظَلَمْنٰهُمْ وَلٰكِنْ
كَانُوْۤا اَنْفُسَهُمْ يَظْلِمُوْنَ ۝ ثُمَّ اِنَّ رَبَّكَ
لِلَّذِيْنَ عَمِلُوا السُّوْۤءَ بِجَهَالَةٍ ثُمَّ تَابُوْا مِنْۢ
بَعْدِ ذٰلِكَ وَاَصْلَحُوْۤا اِنَّ رَبَّكَ مِنْۢ بَعْدِهَا
لَغَفُوْرٌ رَّحِيْمٌ ۝

an example of a town which was enjoying security and peace, receiving its provisions in abundance from every quarter, but it became ungrateful to the favors of Allah. As a result, Allah made its residents taste the consequences of their doings, through inflicting upon them misfortunes of hunger and fear.[112] A Rasool was sent to them from among themselves, but they denied him; so the punishment overtook them because they were wrongdoers.[113] So eat of the good and lawful things which Allah has provided for you; and be grateful to Allah for His favors, if you are sincere in His worship.[114] He has only forbidden you to eat carrion (*meat of a dead body*), blood, flesh of swine (*pig meat*) and that over which any name other than Allah's has been invoked. But if one is forced by necessity, intending neither to break the Divine Law nor to transgress limits, then surely, Allah is Forgiving, Merciful.[115] You shall not falsely declare with your tongues: "This is lawful, and that is forbidden," in order to ascribe false things to Allah, for those who forge lies against Allah will never prosper.[116] Brief is their enjoyment *of this life*, and they shall have a painful punishment.[117] To the Jews, We prohibited those things which We have already mentioned to you, We were not unjust to them but they were unjust to themselves.[118] Yet, your Rabb is forgiving and merciful towards those who do something wrong through ignorance, but later repent and mend their ways.[119] 16:[111-119]

*SECTION: 16*

اِنَّ اِبْرٰهِيْمَ كَانَ اُمَّةً قَانِتًا
لِّلّٰهِ حَنِيْفًا وَلَمْ يَكُ مِنَ الْمُشْرِكِيْنَ ۝ شَاكِرًا
لِّاَنْعُمِهٖ اِجْتَبٰىهُ وَهَدٰىهُ اِلٰى صِرَاطٍ مُّسْتَقِيْمٍ ۝
وَاٰتَيْنٰهُ فِى الدُّنْيَا حَسَنَةً وَاِنَّهٗ فِى الْاٰخِرَةِ
لَمِنَ الصّٰلِحِيْنَ ۝

Surely, Ibrâheem (*Abraham*) was an Ummah (*a nation, an exemplary leader, or a model*), an upright man obedient to Allah, and he was not of the mushrikeen.[120] He was always grateful for the favors of Allah, Who chose him and guided him to the Right Way.[121] We gave him a good *life* in this world, and in the hereafter he will be among the righteous.[122]

# ATTACHMENT "D"

AL-QUR'AN
as Translated By: Muhammad Farooq i Ayam Malik
Copyright © 1997

## SURAH AL-AHZAB [33]
## AYAH 36

English Translation of
the Meaning of

# AL-QUR'AN

The Guidance for Mankind




*By*
*Muhammad Farooq-i-Azam Malik*

© Copyright 1997

The Institute of Islamic Knowledge
Houston, Texas, U.S.A.

# Al-Qur'an



**JUZ (PART): 22**

Those of you (*O wives of the Prophet Muhammad*) who obey Allah and His Rasool and practice righteousness, shall be granted double reward, and for them We have prepared a generous provision.[31] O wives of the Prophet! You are not like the other women: if you fear *Allah*, then you should not be complaisant while talking *to the men who are not closely related to you*, lest the one in whose heart there is a disease may thereby be encouraged; and speak using suitable good words.[32] Stay in your homes and do not display your finery as women used to do in the days of ignorance (*pre-Islamic days*); establish Salah (*Prayers*), pay Zakah (*obligatory charity*), and obey Allah and His Rasool. O members of the household *of Rasool*, Allah only intends to remove uncleanliness from you and to purify you completely.[33] Remember the revelations of Allah which are recited in your homes and wise sayings (*As-Sunnah*), surely, Allah is Most Courteous and Well-Aware of all things.[34] 33:[31-34]

وَمَنْ يَّقْنُتْ مِنْكُنَّ لِلّٰهِ وَرَسُوْلِهٖ وَتَعْمَلْ صَالِحًا
نُّؤْتِهَآ اَجْرَهَا مَرَّتَيْنِ ۙ وَاَعْتَدْنَا لَهَا رِزْقًا كَرِيْمًا ۝
يٰنِسَآءَ النَّبِيِّ لَسْتُنَّ كَاَحَدٍ مِّنَ النِّسَآءِ اِنِ اتَّقَيْتُنَّ
فَلَا تَخْضَعْنَ بِالْقَوْلِ فَيَطْمَعَ الَّذِيْ فِيْ قَلْبِهٖ
مَرَضٌ وَّقُلْنَ قَوْلًا مَّعْرُوْفًا ۝ وَّقَرْنَ فِيْ بُيُوْتِكُنَّ
وَلَا تَبَرَّجْنَ تَبَرُّجَ الْجَاهِلِيَّةِ الْاُوْلٰى وَاَقِمْنَ الصَّلٰوةَ
وَاٰتِيْنَ الزَّكٰوةَ وَاَطِعْنَ اللّٰهَ وَرَسُوْلَهٗ ۭ اِنَّمَا يُرِيْدُ
اللّٰهُ لِيُذْهِبَ عَنْكُمُ الرِّجْسَ اَهْلَ الْبَيْتِ وَيُطَهِّرَكُمْ
تَطْهِيْرًا ۝ وَاذْكُرْنَ مَا يُتْلٰى فِيْ بُيُوْتِكُنَّ مِنْ
اٰيٰتِ اللّٰهِ وَالْحِكْمَةِ ۭ اِنَّ اللّٰهَ كَانَ لَطِيْفًا خَبِيْرًا ۝ ع

*SECTION: 5*

Surely, the Muslim men and the Muslim women, the believing men and the believing women, the devout men and the devout women, the truthful men and the truthful women, the patient men and the patient women, the humble men and humble women, the charitable men and the charitable women, the fasting men and the fasting women, the men who guard their chastity and the women who guard their chastity, and the men who remember Allah much and the women who remember Allah much - for all of them, Allah has prepared forgiveness and a great reward.[35] It is not fitting for a believing man or a believing woman to have an option in their affairs when a matter has been decided by Allah and His Rasool; and whoever disobeys Allah and His Rasool has indeed strayed into a clearly wrong path.[36] 33:[35-36]

اِنَّ الْمُسْلِمِيْنَ وَالْمُسْلِمٰتِ وَالْمُؤْمِنِيْنَ وَالْمُؤْمِنٰتِ
وَالْقٰنِتِيْنَ وَالْقٰنِتٰتِ وَالصّٰدِقِيْنَ وَالصّٰدِقٰتِ
وَالصّٰبِرِيْنَ وَالصّٰبِرٰتِ وَالْخٰشِعِيْنَ وَالْخٰشِعٰتِ
وَالْمُتَصَدِّقِيْنَ وَالْمُتَصَدِّقٰتِ وَالصَّآئِمِيْنَ وَالصّٰٓئِمٰتِ
وَالْحٰفِظِيْنَ فُرُوْجَهُمْ وَالْحٰفِظٰتِ وَالذّٰكِرِيْنَ اللّٰهَ
كَثِيْرًا وَّالذّٰكِرٰتِ ۙ اَعَدَّ اللّٰهُ لَهُمْ مَّغْفِرَةً وَّاَجْرًا
عَظِيْمًا ۝ وَمَا كَانَ لِمُؤْمِنٍ وَّلَا مُؤْمِنَةٍ اِذَا قَضَى
اللّٰهُ وَرَسُوْلُهٗٓ اَمْرًا اَنْ يَّكُوْنَ لَهُمُ الْخِيَرَةُ مِنْ
اَمْرِهِمْ ۭ وَمَنْ يَّعْصِ اللّٰهَ وَرَسُوْلَهٗ فَقَدْ ضَلَّ ضَلٰلًا
مُّبِيْنًا ۝

# ATTACHMENT "E"

RELIANCE of the TRAVELLER:
A Classical manual of Islamic Sacred Law
as Translated By: Nuh Ha Mim Keller

## Book j 17.0 through 17.7

Pages 364-366

Reliance of the Traveller
Book J Sections 17.0 – 17.8



Reliance of the Traveller
Book J Sections 17.0 – 17.8



## j17.0 HUNTING AND SLAUGHTERING

## j17.0 الصيد والذبائح

j17.1 It is not permissible to eat any animal (O: that Muslims are permitted to eat) until it has been properly slaughtered, the only exceptions to which are fish (def: j16.4) and locusts, which are permissible to eat even when they die unslaughtered.

j17.1 لاَ يَحِلُّ الحيوانُ (المأكول) إِلاّ بالذكاة [(أي إلا بالذبح)]. إلاَّ السمكَ والجرادَ فَيَحِلُّ مَيْتَتُهُمَا.

j17.2 It is unlawful to eat meat slaughtered by a Zoroastrian, someone who has left Islam (murtadd, def: o8), or an idol worshipper, (O: included with whom are those (zanadiqa) with corrupt convictions about tenets of faith that are well-known as essential parts of Islam (def: books u and v).) or a Christian of the desert Arab tribes (O: the upshot of which is that it is a necessary condition that the slaughterer be of a people whose women we are permitted to marry, whether Muslims, Jews, or Christians).

j17.2 وَيَحْرُمُ ما ذَبَحَهُ مجوسيٌّ ومرتدٌّ وعابدُ وثنٍ (والزنادقة ملحقة بعبدة الأوثان في عدم حل ذبيحتهم) ونصرانيُّ العرب ([ونصارى العرب هم بهز وتنوخ وتغلب] والحاصل أنه يشترط في الذابح حل نكاحنا لأهل ملته بأن يكون مسلماً أو كتابياً).

j17.3 It is permissible to slaughter with anything that has a cutting edge; but not a tooth, bone, or claw, whether human or otherwise, attached to the body or not.

j17.3 وَيَجُوزُ الذبحُ بكلِّ ما لهُ حدٌ يقطعُ إلاّ السنَّ والعظمَ والظفرَ مِنَ الآدميِّ وغيرِه متصلاً أو منفصلاً.

j17.4 The necessary condition for slaughtering any animal which is within one's capacity to slaughter (O: domesticated or wild) is to cut both the windpipe and the gullet (O: *windpipe* meaning the channel of breath, and *gullet* meaning the channel of food and drink which lies beneath the windpipe.

It is not necessary for the validity of slaughtering to cut the carotid arteries, which are two blood vessels on the sides of the neck encompassing the windpipe.

If the slaughterer neglects to cut any part of either the windpipe or gullet and the animal dies, it is considered an unslaughtered dead animal, as is an animal with nothing but purely reflexive movement left when one finishes cutting a part of the windpipe or gullet previously missed. If the slaughterer cuts from the back of the neck until he severs the windpipe and gullet, it is a sin because

j17.4 ومَا قُدِرَ على ذبحِهِ (أي الحيوان إنسياً كان أو وحشياً) اشْتُرِطَ قطعُ حلقومِهِ ومريئِهِ (والحلقوم هو مجرى النفس والمريء هو مجرى الطعام والشراب وهو تحت الحلقوم. ولا يشترط في صحة الذبح قطع الودجين وهما عرقان في صفحتي العنق يحيطان بالحلقوم. فلو ترك من الحلقوم والمريء شيئاً ومات الحيوان فهو ميتة وكذا لو انتهى إلى حركة المذبوح فقطع بعد ذلك المتروك فهو ميتة. ولو قطع من القفا حتى وصل إلى الحلقوم والمريء عصى بزيادة

of the excess pain caused (A: though it is valid as slaughtering. Chopping off heads of chickens with a hatchet is offensive, though the meat is lawful).

The slaughterer should cut swiftly and not take his time such that he has to cut two or more times. If he does, and there is no life remaining in the animal on the second swipe, then the animal (A: has died unslaughtered and) is impermissible to eat. The determining factor is whether life remains in the animal when the knife is applied at the beginning of the last stroke (A: the one which successfully severs both the windpipe and gullet), no matter whether this is the second or third).

الإبلام. وينبغي للذابح أن يسرع في القطع ولا يتأنى في القطع بحيث يقطع ما ذكر في دفعتين فأكثر فإذا كان كذلك فلا يحل المذبوح حينئذ إذا لم توجد الحياة المستقرة عند الدفعة الثانية أما إذا وجدت الحياة المستقرة عند الدفعة الثانية فيحل المذبوح. فالشرط في وجود الحياة المستقرة في ابتداء وضع السكين على الذبح آخر مرة سواء كانت الثانية أم الثالثة).

j17.5 It is recommended when slaughtering:

(1) to turn the animal towards the direction of prayer (qibla);

(2) to sharpen the knife;

(3) to cut rapidly (O: even faster than is obligatory, such that it does not take two or more swipes, as mentioned above);

(4) to mention Allah's name (O: for the spiritual grace therein, saying "Bismillah," as is sunna) (A: this is obligatory in the Hanafi school);

(5) to bless the Prophet (Allah bless him and give him peace);

(6) and to cut the large blood vessels (O: on either side of the neck).

j17.5 ويُنْدَبُ أنْ يُوَجِّهَ إلى القبلة وأنْ يُحِدَّ الشفرةَ (والمراد هنا السكين) ويُسْرِعَ إمرارَها (والمراد أن يسرع إسراعاً زائداً على ما يجب بحيث لا يكون الذبح بدفعتين أو دفعات كما تقدم) ويُسَمِّيَ اللهَ تعالى (لأجل حصول البركة فيقول «بسم الله» للاتباع) ويُصَلِّيَ على النبيِّ ﷺ ويَقْطَعَ الأوداجَ كلَّها ([والمراد بالجمع ما فوق الواحد لأن كل حيوان له ودجان] أي عرقان في صفحتي عنقه).

j17.6 It is recommended to slaughter camels by thrusting the knife (O: into the hollow at the base of the neck (A: between the two collarbones) above the chest so that one severs them (A: the windpipe and gullet) in this concavity, since it is easier than cutting the throat, for it speeds the exit of the spirit from the body by bypassing the length of the neck, being the preferable way to slaughter any animal with a long neck, such as a duck, goose, ostrich, or giraffe), with the camel left standing, one foreleg bound up.

j17.6 وأنْ يَنْحَرَ الإبلَ (في لبتها وهي أسفل العنق وفوق الصدر [وتسمى ثغرة النحر] بأن يقطعها بالسكين في هذه الوهدة لأنه أسهل من ذبحها لأنه أسرع لخروج الروح بسبب طول عنقه ويشارك الإبل في هذا كل مأكول طال عنقه كالبط والوز والنعامة والزرافة) قائمةً مَعْقُولَةً (أي حال كونها مربوطة إحدى يديها).

Reliance of the Traveller
Book J Sections 17.0 – 17.8



j17.7 It is recommended to slaughter other than camels (O: such as cattle, sheep, goats, or horses (A: by drawing the knife) across the throat at the top of neck) after laying them on their left side. (O: Slaughtering them this way is only called for to easily enable the slaughterer to hold the knife in his right hand and the animal's head with his left. It is also sunna for the animal's legs to be bound, except the right hind leg, so the animal will not jerk during slaughtering and cause the slaughterer to miss his mark. The right hind leg is left free in order to pacify the animal by giving it something to move).

j17.7 وَيَذْبَحُ ما عداها (من نحو بقر كغنم وخيل في حلقٍ وهو أعلى العنق) مضطجعةً على جنبِهَا الأيسرِ (وإنما طلب ذبحها مع هذه الحالة لسهولته على الذابح لأخذه السكين باليمين وإمساكه الرأس باليسار، ويسن أن تكون مشدودة القوائم غير الرجل اليمنى لئلا تضطرب حالة الذبح فيخطىء الذابح المذبح وإنما تركت الرجل اليمنى بلا شد لتستريح بتحريكها) [ولا يَكْسِرَ عنقَها ولا يَسْلَخَها حتى تَمُوتَ].

j17.8 It is a necessary condition that the slaughterer not raise his knife-hand while slaughtering (O: while drawing it across the neck). If he lifts it before completely severing both the windpipe and gullet, and then returns to cut them, the animal is not lawful to eat.

j17.8 ويُشْتَرَطُ أنْ لا يَرْفَعَ يدَهُ في أثناءِ الذبحِ (أي في أثناء جر آلته على المذبح) فإنْ رَفَعَهَا قبل تمامِ قطعِ الحلقومِ والمريءِ ثمَّ قطَعَهُمَا لمْ تحِلَّ.

HUNTING

أحكام الصيد

j17.9 As for hunting, a game animal is lawful to eat whenever one hits it with an arrow (A: or according to the Maliki school, shoots it with a rifle or shotgun) or brings it down with a trained hunting animal (A: such as a falcon or dog) (O: but only if trained), and it dies before one can slaughter it (O: that is, provided that one did not reach it when there was any life left in it besides reflexive motion. If one reaches it while it is alive or any life remains, then one must properly slaughter it), provided that the hunter is not blind, is of a people whose slaughtered food Muslims may eat (def: j17.2), and provided that the animal does not die from being struck by the mere weight of the arrow, but rather dies by its edge (O: meaning that it hits the animal point-first, wounding it).

If the game was brought down by a trained hunting animal, it is a necessary condition that the animal ate nothing of the game.

If the game animal dies from being struck by the weight of the trained hunting animal (A: as in falconing), then the game is lawful to eat.

j17.9 وأمَّا الصيدُ فحيثُ أصابَهُ السهمُ أو الجارحةُ المعلمةُ (قيد لا بد منه) فماتَ قبلَ القدرةِ على ذبحِهِ حَلَّ (بشرط أنه لم يدركه حياً أو لم يبق فيه إلا حركة مذبوح فإن أدركه حياً ذكاه أو وجد فيه حياة مستقرة فلا بد حينئذ من تذكيته) إذا أرْسَلَهُ بصيرٌ تحِلُّ ذكاتُهُ ولمْ يَمُتْ الصيدُ بثقلِ السهمِ بلْ بحدِّهِ (أي سقط السهم على الصيد من جهة حده الجارح له) ولاَ أكلَتِ الجارحةُ منهُ شيئاً.

فإنْ ماتَ بثقلِ الجارحةِ حلَّ.

OHNSON #03618759
TX 79339

LEGAL MAIL

$3.14 0
US POSTAGE IMI
FIRST-CLASS
063S0001443204
FROM 79339
S96126.157

RECEIVED
SEP 17 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MAILED
SEP 14 2026

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1205 TEXAS AVE., ROOM 209
LUBBOCK, TX 79401